UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Patti Weddle, | ) | Court File No. 09-CV-03680 DSD/JJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| v. | ) | **WITH PREJUDICE** |
| | ) | |
| Pentagroup Financial, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by plaintiff is hereby dismissed on its merits with prejudice, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits my be entered in the above-entitled action pursuant hereto.

Dated:  February 12, 2010.

THE GLOVER LAW FIRM, LLC


By:   s/Samuel J. Glover
     Samuel J. Glover            Reg. No. 327852
     125 Main Street SE, Suite 250
     Minneapolis, MN  55414
     Telephone:  612-424-3770
     Fax:  612-605-1947
     samglover@theglf.com

ATTORNEYS FOR PLAINTIFF PATTI WEDDLE

121253300v1  908774  33

-2-

Dated: February 16, 2010.

        HINSHAW & CULBERTSON LLP


    By:   s/Russell S. Ponessa
        Russell S. Ponessa        Reg. No. 169316
        Michael T. Berger        Reg. No. 350679
        333 South Seventh Street, Suite 2000
        Minneapolis, MN  55402
        Telephone:  612-333-3434
        Fax:  612-334-8888
        rponessa@hinshawlaw.com
        mberger@hinshawlaw.com

        ATTORNEYS FOR DEFENDANT
        PENTAGROUP FINANCIAL, LLC

121253300v1 908774 33