UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Patti Weddle, | ) | Court File No. 09-03680(DSD/JJG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR DISMISSAL WITH** |
| v. | ) | **PREJUDICE** |
| | ) | |
| Pentagroup Financial, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 22, 2010            BY THE COURT:


                                     s/David S. Doty
                                     David S. Doty, Judge
                                     United States District Court


121253301v1  908774  33